```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                         :
UNITED STATES OF AMERICA,                                :
                                                         :
                                                         :
                                                         :         16-CR-601 (VSB)
            -against-                                    :
                                                         :              ORDER
SAJID JAVED,                                             :
                                                         :
                                Defendant.               :
                                                         :
---------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/4/2021

VERNON S. BRODERICK, United States District Judge:

I am in receipt of Defendant Sajid Javed's motion for compassionate release and request to extend his voluntary surrender date of April 15, 2021 to June 15, 2021 to allow the Court to consider his compassionate release motion. (Doc. 108.) Javed's request to adjourn his voluntary surrender date to June 15, 2021 is GRANTED. Additionally, the Government is directed to respond to Javed's compassionate release motion by April 9, 2021. Accordingly, it is hereby:

ORDERED that Javed's voluntary surrender date is adjourned to June 15, 2021.

IT IS FURTHER ORDERED that the Government file its response to Javed's compassionate release motion by April 9, 2021.

SO ORDERED.

Dated: April 4, 2021
       New York, New York

Vernon S. Broderick
United States District Judge