```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
UNITED STATES OF AMERICA,                                  :
                                                           :
                    -against-                              :         16-CR-601 (VSB)
                                                           :
SAJID JAVED,                                               :            **ORDER**
                                                           :
                    Defendant.                             :
-----------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/26/2021

VERNON S. BRODERICK, United States District Judge:

I am in receipt of Defendant Sajid Javed's ("Javed") motion for compassionate release, (Doc. 108), and the Government's opposition, (Doc. 112). If Javed would like to submit a reply to the Government's opposition, he is directed to do so by no later than May 3, 2021. In his reply, Javed should address what impact, if any, his receipt of the vaccine has on his request.

SO ORDERED.

Dated: April 26, 2021
       New York, New York

*Vernon Broderick* (signature)

Vernon S. Broderick
United States District Judge