LAWRENCE V. CARRÀ
ATTORNEY AT LAW
114 OLD COUNTRY ROAD
MINEOLA, NEW YORK 11501
lawcarra@aol.com

TELEPHONE
516-742-1135

FAX
516-742-0299

June 7, 8021

**VIA ECF**

Hon. Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: United States v. Sajid Javed
    Docket No.: 16-cr-601

Dear Hon. Broderick:

On or about May 28, 2021, counsel for Sajid Javed received the Court's Opinion and Order denying Mr. Javed's Motion seeking compassionate release pursuant to 18 U.S.C. §3582(c)(1)(A) and requesting the Court reduce his sentence to time served and supervised release with a condition of home confinement.

While the Motion was denied, in its closing remarks the Court did indicate that "If Javed needs more time to deal with his ongoing health complications or to arrange for childcare while he is incarcerated, he can make an application to me demonstrating good cause to further postpone his surrender date." Mr. Javed is thankful for the Court's consideration and concern regarding both the status of his present health and that of his children.

Primarily, predicated upon those two factors, via this correspondence, Mr. Javed seeks to adjourn his voluntary surrender date to September 15, 2021 to allow him to continue with necessary and essential medical treatment as well as provide an opportunity for his two children to embark upon the new school year prior to his incarceration.

Corroborating the necessity of continued and ongoing cardiovascular rehabilitation are two correspondence from Northwell Health Department of Cardiology, dated May 28, 2021, and Northwell Health Cardiac Rehabilitation, dated June 2, 2021. As a reading of the two letter correspondence reveal, Mr. Javed recently underwent a coronary procedure on May 6, 2021 and since that time has been attending and will continue to attend Northwell Health's cardiac rehabilitation program every Monday and Wednesday for twelve weeks.

---

Javed's voluntary surrender date is adjourned to September 15, 2021. Given that I have already adjourned Javed's surrender date numerous times, no further adjournments will be granted barring extraordinary circumstances.

**SO ORDERED:**

*/s/ Vernon Broderick*

HON. VERNON S. BRODERICK  6/9/2021
UNITED STATES DISTRICT JUDGE

In addition thereto, Mr. Javed's son, Safiullah Sajid (DOB: 05/23/2009), will, on or about September 15, 2021, be attending Locust Valley Middle School, while his younger son, Samiullah Sajid (DOB: 07/11/2014), will be entering the second grade at MacArthur Primary School located in Locust Valley, New York.

An adjournment of the sentence to September 15, 2021 will provide Mr. Javed with an opportunity to complete his present cardiac rehabilitation program and allow both of his young children to commence school prior to his departure.

Lastly, I have spoken with AUSA Christopher DiMase, the Assistant entrusted with the prosecution of this matter, and he has stated that the government does not object to this extension, but will object to any further extensions of Defendant's surrender date beyond September 15, 2021.

Respectfully Submitted,

Lawrence V. Carra'

LVC:ag

SO ORDERED:

_____
Hon. Vernon S. Broderick