**LAWRENCE V. CARRÀ**
ATTORNEY AT LAW
114 OLD COUNTRY ROAD
MINEOLA, NEW YORK 11501
lawcarra@aol.com

TELEPHONE
516-742-1135

FAX
516-742-0299

June 22, 2021

**VIA ECF**

Hon. Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: United States v. Sajid Javed
    Docket No.: 16-cr-601
    Sentence Date: Open - after July 5, 2020

Dear Hon. Broderick:

Application granted provided Defendant provides Pretrial Services with a detailed itinerary that includes: his flight information; the name of the medical exhibition/conference; the location of the exhibition/conference; the name, telephone number, and address of the hotel he will be staying at; and his room number once he checks into the hotel.

**SO ORDERED:**

HON. VERNON S. BRODERICK 6/23/2021
UNITED STATES DISTRICT JUDGE

On or about June 22, 2016, the above-captioned defendant was released on an agreed upon bail package in the sum of $100,000.00 via a Unsecured Personal Recognizance Bond, executed by the defendant and co-signed by two financially responsible persons. The defendant's travel was restricted to the Southern and Eastern Districts of New York. In addition thereto, the defendant has surrendered his travel documents (passport) to Pre-Trial Services, Southern District of New York.

Thereafter, the defendant's bail, upon consent of all parties, was increased in the sum of $2,000,000.00 along with an Affidavit of Confession of Judgment upon a property owned by Mr. Javed and his brother, Muhammad Javaid. The increase was predicated upon Mr. Javed's travel to and from Pakistan. Recently, the Court extended Mr. Javed's voluntary surrender date upon his conviction to September 15, 2021.

The purpose of this correspondence is to respectfully request that this Honorable Court extend the defendant's bail conditions to permit him to travel with his family from New York to Orlando, Florida from July 2, 2021 to July 5, 2021 to accompany his wife to a medical exhibition.

I have contacted AUSA Christopher DiMase who opposes this request while Pre-Trial Services Officer, Lea Harmon, has voiced no objection.

Via this correspondence, it is requested that this Honorable Court So Order the within requested extension of bail conditions.

Respectfully Submitted,

Lawrence V. Carra', Esq.

SO ORDERED

_____
Hon. Vernon S. Broderick

LVC:ag
Enc.