UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
:
 -against- : 16-CR-601 (VSB)
:
SAJID JAVED, : **ORDER**
:
 Defendant. :
:
-------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

Before me is Third Party Petitioner Saira Shaheen a/k/a Saira Sajid's petition in opposition to the Government's entitlement to the property located at 6717 164th Street, Queens, New York.  (Docs. 130, 131 ("Petition").)  It is hereby

ORDERED that the Government file any response to the Petition on or before December 14, 2022.

IT IS FURTHER ORDERED that Third Party Petitioner file any reply in support of her Petition on or before December 21, 2022.

SO ORDERED.

Dated: November 28, 2022
       New York, New York

*[signature: Vernon Broderick]*

Vernon S. Broderick
United States District Judge