**LAWRENCE V. CARRÀ**
*ATTORNEY AT LAW*
114 OLD COUNTRY ROAD, SUITE 212
MINEOLA, NEW YORK 11501
lawcarra@aol.com

TELEPHONE
(516) 742-1135

FAX
(516) 742-0299

April 27, 2023

**VIA ECF**

Hon. Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: United States v. Sajid Javed
    Docket No.: 16-cr-601

Dear Hon. Broderick:

Be advised that Mr. Javed was discharged from his halfway house commitment on April 3, 2023 and commenced a period of three years supervised release.

Please accept this correspondence as a letter motion concerning a request for Mr. Javed to retrieve his soon to expire current passport from Pre-Trial Services Officer Lea Harmon and present same to the United States Department of State to obtain a new passport. Both Pre-Trial Officer Harmon and PO Geller consent that upon receipt of his new passport, Mr. Javed shall retain custody and control of the newly issued passport.

Should the aforesaid request meet with your approval, it is requested you execute this letter motion in the space provided below.

Respectfully submitted,

*[signature]*

Lawrence V. Carra'

LVC:ag

**SO ORDERED:** 4/28/23

*[signature: Vernon Broderick]*

**HON. VERNON S. BRODERICK**
**UNITED STATES DISTRICT JUDGE**