

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

> **APPLICATION GRANTED**
> **SO ORDERED** /s/ Vernon Broderick
> **VERNON S. BRODERICK**
> **U.S.D.J.** 6/13/23
>
> The Clerk of the Court is respectfully directed to terminate the appearance of Christopher J. DiMase on this case.

**BY ECF**

The Honorable Vernon S. Broderick
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

        Re:   *United States v. Sajid Javed*
                 16 Cr. 601 (VSB)

Dear Judge Broderick:

      The undersigned Assistant United States Attorney is leaving the United States Attorney's Office for the Southern District of New York. Accordingly, the Government respectfully requests that the Court direct the Clerk of Court to terminate the appearance of the undersigned counsel on the above-captioned docket.

                                                            Respectfully submitted,

                                                            DAMIAN WILLIAMS
                                                            United States Attorney

                                 By:    /s/ Christopher J. DiMase
                                                 Christopher J. DiMase
                                                 Assistant U.S. Attorney
                                                 (212) 637-2433