**LAWRENCE V. CARRÀ**
*ATTORNEY AT LAW*
114 OLD COUNTRY ROAD, SUITE 212
MINEOLA, NEW YORK 11501
lawcarra@aol.com

TELEPHONE
(516) 742-1135

FAX
(516) 742-0299

June 22, 2023

**VIA ECF**

Hon. Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: United States v. Sajid Javed
    Docket No.: 16-cr-601
    Sentence Date: Open - after July 5, 2020

Dear Hon. Broderick:

Be advised that Mr. Javed was discharged from his halfway house commitment on April 3, 2023 and commenced a period of three years supervised release.

The purpose of this correspondence is to respectfully request that this Honorable Court extend the defendant's bail conditions to permit him to travel with his family from New York to Pakistan from July 14, 2023 through August 15, 2023. He will be staying at his parents' home located at 186 G3 Johartown, Lahore, Pakistan. He will be traveling on Qatar Airways from JFK to Doha Hamad Intl., Qatar. Throughout the course of the proceedings, Mr. Javed has traveled to Pakistan on numerous occasions for rather extended periods of time to visit with his family.

I have contacted AUSA Michael Neff and PO Geller who have voiced no objection to this request.

Via this correspondence, it is requested that this Honorable Court So Order the within requested extension of bail conditions.

Respectfully Submitted,

Lawrence V. Carra', Esq.

LVC:ag
Enc.

**APPLICATION GRANTED**
**SO ORDERED** /s/
**VERNON S. BRODERICK**
**U.S.D.J.** 6/23/23