```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                         :
   UNITED STATES OF AMERICA,                             :
                                                         :
                                                         :
             -against-                                   :    16-CR-601 (VSB)
                                                         :
   SAJID JAVED,                                          :        ORDER
                                                         :
                              Defendant.                 :
---------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

On June 23, 2023, the parties filed a joint proposed schedule to complete discovery related to an ancillary forfeiture proceeding.  (Doc. 141.)  On or before September 25, 2023, the parties are requested to file a joint letter explaining what, if any, discovery has been completed to date and whether the proposed schedule in Doc. 141 may be so-ordered.

SO ORDERED.

Dated: September 18, 2023
       New York, New York

                                                                                                  Vernon S. Broderick
                                                                                                  United States District Judge