**LAWRENCE V. CARRÀ**
*ATTORNEY AT LAW*
114 OLD COUNTRY ROAD, SUITE 212
MINEOLA, NEW YORK 11501
lawcarra@aol.com

TELEPHONE
(516) 742-1135

FAX
(516) 742-0299

December 6, 2023

**VIA ECF**

Hon. Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**APPLICATION GRANTED**
**SO ORDERED** /s/
**VERNON S. BRODERICK**
**U.S.D.J.** 12/08/2023

Re: United States v. Sajid Javed
    Docket No.: 16-cr-601

Dear Hon. Broderick:

Be advised that Mr. Javed was discharged from his halfway house commitment on April 3, 2023 and commenced a period of three years supervised release.

The purpose of this correspondence is to respectfully request that this Honorable Court extend the defendant's bail conditions to permit him to travel with his family, via motor vehicle, from New York to Mississauga Canada from December 22, 2023 through January 2, 2024. He will be staying at his sister's home located at 19 Maldaver Avenue, Mississauga Ontario L5M1WQ4. Her phone number is 905-617-7244.

I have contacted PO Watkins who has voiced no objection to this request.

Via this correspondence, it is requested that this Honorable Court So Order the within requested extension of bail conditions.

Respectfully Submitted,

Lawrence V. Carra', Esq.

SO ORDERED

_____
Hon. Vernon S. Broderick

LVC:ag
Enc.