LAWRENCE V. CARRÀ
*ATTORNEY AT LAW*
114 OLD COUNTRY ROAD, SUITE 212
MINEOLA, NEW YORK 11501
lawcarra@aol.com

TELEPHONE  
(516) 742-1135

FAX  
(516) 742-0299

January 10, 2024

**VIA ECF**

Hon. Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> **APPLICATION GRANTED**
> **SO ORDERED** /s/ Vernon S. Broderick
> **VERNON S. BRODERICK**
> **U.S.D.J.** 01/16/2024
>
> Defendant is to provide his Probation Officer with his full itinerary and periodically check in, as directed by Probation.

Re: United States v. Sajid Javed
    Docket No.: 16-cr-601
    Sentence Date: Open - after July 5, 2020

Dear Hon. Broderick:

Be advised that Mr. Javed was discharged from his halfway house commitment on April 3, 2023 and commenced a period of three years supervised release.

The purpose of this correspondence is to respectfully request that this Honorable Court extend the defendant's bail conditions to permit him to travel with his family from New York to Lahore Pakistan from February 13, 2024 through March 3, 2024 to attend his nephew's wedding. He will be staying at his parents' home located at 186 G3 Johartown, Lahore, Pakistan, ands the phone number there is 04235303178. He will be traveling on Turkish Airlines from JFK to Pakistan. Throughout the course of the proceedings, Mr. Javed has traveled to Pakistan on numerous occasions for rather extended periods of time to visit with his family.

I have contacted AUSA Michael Neff and PO Selma Watkins who have voiced no objection to this request.

Via this correspondence, it is requested that this Honorable Court So Order the within requested extension of bail conditions.

Respectfully Submitted,

/s/ Lawrence V. Carrà
Lawrence V. Carra', Esq.

SO ORDERED

_____
Hon. Vernon S. Broderick

LVC:ag
Enc.