**LAWRENCE V. CARRÀ**
*ATTORNEY AT LAW*
114 OLD COUNTRY ROAD, SUITE 212
MINEOLA, NEW YORK 11501
lawcarra@aol.com

TELEPHONE
(516) 742-1135

FAX
(516) 742-0299

November 12, 2024

**VIA ECF**

Hon. Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**APPLICATION GRANTED
SO ORDERED** /s/
**VERNON S. BRODERICK
U.S.D.J.**

Date: November 14, 2024

Re: United States v. Sajid Javed
    Docket No.: 16-cr-601

Dear Hon. Broderick:

As the Court is aware, I am the attorney of record for Sajid Javed. The purpose of this correspondence is to respectfully request that this Honorable Court, pursuant to Mr. Javed's terms of supervised release, permit him to travel with his family from New York to Pakistan for a family wedding from December 21, 2024 through January 6, 2025.

I have contacted AUSA Michael Neff and PO Christina Venable who have voiced no objection to this request.

Via this correspondence, it is requested that this Honorable Court So Order the within requested extension of his terms of supervised release.

Respectfully Submitted,

/s/ Lawrence V. Carrà, Esq.

SO ORDERED

_____
Hon. Vernon S. Broderick

LVC:ag
Enc.