**LAWRENCE V. CARRÀ**
*ATTORNEY AT LAW*
170 OLD COUNTRY ROAD, SUITE 212
MINEOLA, NEW YORK 11501
lawcarra@aol.com

| TELEPHONE | FAX |
|---|---|
| (516) 742-1135 | (516) 742-0299 |

March 25, 2025

**VIA ECF**

> **APPLICATION GRANTED**
> **SO ORDERED** [signature]
> **VERNON S. BRODERICK**
> **U.S.D.J.** 3/25/2025
> Mr. Javed is permitted to travel to Pakistan from April 15, 2025 through April 30, 2025.

Hon. Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: United States v. Sajid Javed
    Docket No.: 16-cr-601

Dear Hon. Broderick:

As the Court is aware, I am the attorney of record for Sajid Javed. The purpose of this correspondence is to respectfully request that this Honorable Court, pursuant to Mr. Javed's terms of supervised release, permit him to travel from New York to Pakistan to visit with his mother who is very ill from April 15, 2025 through April 30, 2025.

I have contacted AUSA Michael Neff and PO Cameron Peters who have voiced no objection to this request.

Via this correspondence, it is requested that this Honorable Court So Order the within requested extension of his terms of supervised release.

Respectfully Submitted,                     SO ORDERED

Lawrence V. Carra', Esq.                    Hon. Vernon S. Broderick

LVC:ag
Enc.