**LAWRENCE V. CARRÀ**
ATTORNEY AT LAW
170 OLD COUNTRY ROAD, SUITE 212
MINEOLA, NEW YORK 11501
lawcarra@aol.com

TELEPHONE
(516) 742-1135

FAX
(516) 742-0299

August 5, 2025

**VIA ECF**

Hon. Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: United States v. Sajid Javed
    Docket No.: 16-cr-601

> APPLICATION GRANTED
> SO ORDERED
> VERNON S. BRODERICK
> U.S.D.J.
>
> Date: August 7, 2025
>
> Mr. Javed is permitted to travel to Pakistan from April 7, 2025 through August 20, 2025.

Dear Hon. Broderick:

As the Court is aware, I am the attorney of record for Sajid Javed. The purpose of this correspondence is to respectfully request that this Honorable Court, pursuant to Mr. Javed's terms of supervised release, permit him to travel from New York to Pakistan to visit with his mother who is very ill and has been rushed to the ICU from August 6, 2025 through August 20, 2025.

I have contacted AUSA Michael Neff and PO Perez who have voiced no objection to this request.

Via this correspondence, it is requested that this Honorable Court So Order the within requested extension of his terms of supervised release.

Respectfully Submitted,

Lawrence V. Carra', Esq.

SO ORDERED

_____
Hon. Vernon S. Broderick

LVC:ag
Enc.