**LAWRENCE V. CARRÀ**
*ATTORNEY AT LAW*
170 OLD COUNTRY ROAD, SUITE 212
MINEOLA, NEW YORK 11501
lawcarra@aol.com

TELEPHONE
(516) 742-1135

FAX
(516) 742-0299

August 5, 2025

**VIA ECF**

Hon. Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: United States v. Sajid Javed
    Docket No.: 16-cr-601

APPLICATION GRANTED
SO ORDERED [signature]
VERNON S. BRODERICK
U.S.D.J.

Date: August 7, 2025

Mr. Javed is permitted to travel to Italy from September 18, 2025 through September 28, 2025.

Dear Hon. Broderick:

As the Court is aware, I am the attorney of record for Sajid Javed. The purpose of this correspondence is to respectfully request that this Honorable Court, pursuant to Mr. Javed's terms of supervised release, permit him to travel from New York to Rome, Italy to attend his cousin's wedding from September 18, 2025 through September 28, 2025. He will be staying at Rome Cavalieri, A Waldorf Astoria Hotel, Via Alberto Cadloro, 101, Rome, Italy, +39 06 35091.

I have contacted AUSA Michael Neff and PO Perez who have voiced no objection to this request.

Via this correspondence, it is requested that this Honorable Court So Order the within requested extension of his terms of supervised release.

Respectfully Submitted,

[signature]

Lawrence V. Carra', Esq.

SO ORDERED

_____
Hon. Vernon S. Broderick

LVC:ag
Enc.